RECEIVED
IN ALEXANDRIA, LA.

JAN 1 1 2013

TONY R. MOORE, CLERK
BY_____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CLYDE WILLIAMS** | CIVIL ACTION NO. 12-868 |
| **VERSUS** | JUDGE TRIMBLE |
| **LPN GASKILL, ET AL.** | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the magistrate judge previously filed herein, and after an independent review of the record, noting the absence of objections filed by plaintiff, and having determined that the findings and recommendation are correct under applicable law; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that plaintiff's civil rights complaint is **DISMISSED** with prejudice as frivolous and failing to state a claim as to which relief may be granted by the court pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**The Clerk of Court is instructed to send a copy of this judgment to the keeper of the "Three Strikes List" in Tyler, Texas.**

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this _11_ day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE